UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

JUN 25 2009

MOLLY C. DWYER, CLERK OF COURT
U.S. COURT OF APPEALS

| | |
|---|---|
| ZUCCO PARTNERS, LLC; REX BOGGS; KENNARD MCADAM; GLEN THOMAS, <br><br> Plaintiffs - Appellants, <br><br> V. <br><br> DIGIMARC CORPORATION; BRUCE DAVIS; E. K. RANJIT, <br><br> Defendants - Appellees. | No. 06-35758 <br> D.C. No. CV-04-01390-AJB <br> District of Oregon, Portland <br><br> **AMENDED MANDATE** |

The judgment of this Court, entered 2/10/09, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

Molly C. Dwyer
Clerk of Court

By: Gabriela Van Allen
Deputy Clerk